JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VADIM DMITRUK,<br><br>    Petitioner,<br><br>    v.<br><br>KRISTI NOEM, Secretary, U.S. Dept. of Homeland Security, et al.,<br><br>    Respondents. | Case No. 5:25-cv-02553-SRM-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted.

DATED: January 14, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE